**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| TETON COUNTY REPUBLICAN CENTRAL COMMITTEE, an Idaho association,<br><br>Plaintiff,<br><br>vs.<br><br>MARY LOU HANSEN, in her official capacity as the Clerk of Teton County,<br><br>Defendant. | Case No. 1:16-CV-160 -CWD<br><br>**FINAL JUDGMENT** |

FINAL JUDGMENT is hereby entered pursuant to Fed. R. Civ. P. 54(a) and in accordance with the Parties' joint motion for entry thereof that, pursuant to 28 U.S.C. § 2201, Tony Liford is a valid candidate for Teton County Sheriff in the Republican Party Primary Election.

IT IS ORDERED THAT Defendant and her agents, servants, employees and attorneys will not, either directly or indirectly, remove Tony Liford's name from the 2016 Republican Party Primary Election Ballot; and Defendant will make ballots available to voters in the 2016 Republican Party Primary Election that identify Tony Liford as a Republican candidate for Sheriff.

IT IS ORDERED THAT any bond posted by Plaintiff shall be released to Plaintiff. All parties shall bear their own attorney's fees and costs.

IT IS FURTHER ORDERED THAT ALL REMAINING CLAIMS AND DEFENSES ARE DISMISSED AS TO ALL PARTIES.

UNITED STATES COURTS ★ DISTRICT OF IDAHO ★

Dated: **May 04, 2016**

Honorable Candy W. Dale
United States Magistrate Judge